AO 450 (Rev. 7/99) Judgment in a Civil Case               **CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DEIDRA L. PERRY,

          Plaintiff,

v.

BARRIA MOLINA DELFIN,

          Defendant.
_____/

JUDGMENT IN A CIVIL CASE

Case Number: 04-74209

Honorable

■ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment be entered for the defendant, Barria Molina Delfin and against the Plaintiff Deidra L. Perry.

Date  6/2/06

David Weaver, Clerk of Court

s/ Jonie Parker
Deputy Clerk